The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Paul Anthony Chenevert
   v. Commonwealth of Virginia
   Record No. 0028-19-1
   Opinion rendered by Judge Huff on
   April 21, 2020

2. LaShaunda Tenika Meekins
   v. Commonwealth of Virginia
   Record No. 0459-19-2
   Opinion rendered by Judge O'Brien on
   April 28, 2020

3. Brent Edward Tanner
   v. Commonwealth of Virginia
   Record No. 1706-18-2
   Opinion rendered by Chief Judge Decker on
   May 5, 2020

4. Olmedo Alberto Pena Pinedo
   v. Commonwealth of Virginia
   Record No. 0515-19-3
   Opinion rendered by Judge Humphreys on
   May 5, 2020

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Jack Randall Young
    v. Commonwealth of Virginia
   Record No. 0687-18-2
    Opinion rendered by Chief Judge Decker
      on July 30, 2019
    Refused (191121)

2. Kevin Lamont Lambert
    v. Commonwealth of Virginia
   Record No. 0773-18-2
    Opinion rendered by Judge Huff
      on October 15, 2019
    Refused (191534)

3. Samuel Rudolph Joshua Raspberry
    v. Commonwealth of Virginia
   Record No. 0988-18-1
    Opinion rendered by Judge Humphreys
      on October 29, 2019
    Refused (191586)

4. Stanlee Sebastian Jones
    v. Commonwealth of Virginia
   Record No. 0730-18-1
    Opinion rendered by Judge Humphreys
      on November 5, 2019
    Refused (200040)

5. Alex Michael Ramos
    v. Commonwealth of Virginia
   Record No. 1595-18-2
    Opinion rendered by Judge Huff
      on November 12, 2019
    Refused (191675)

6. Adam Christopher Armstrong
    v. Kristy Marie Armstrong
   Record No. 0215-19-3
    Opinion rendered by Judge O'Brien
      on November 12, 2019
    Refused (200061)

7. Willie Hicks, Jr.
    v. Commonwealth of Virginia
   Record No. 1543-18-2
    Opinion rendered by Chief Judge Decker
      on December 3, 2019
    Refused (191728)

The Supreme Court issued an opinion in the following cases, which had been appealed from this Court:

1.  Loudoun County
    v. Michael Richardson
    Record No. 1533-18-4
    Opinion by Judge O'Brien on April 16, 2019
    Judgment of Court of Appeals affirmed by opinion rendered on May 7, 2020
    (190621)